1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PURVIS HOLLOWAY,                    Case No. CV 14-5987 RGK (SS)

12                  Petitioner,

13        v.                                      **JUDGMENT**

14  J. PRICE, Warden,

15                  Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18  Conclusions  and  Recommendations  of  United  States  Magistrate

19  Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22  dismissed with prejudice.

23

24  DATED: April 07 , 2015

25                                    R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE
26

27

28